ROBERT S. BREWER, JR.
United States Attorney
Valerie H. Chu
Assistant U.S. Attorney
California Bar No.: 241709
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-6750
Email:  Valerie.chu@usdoj.gov

Attorneys for the United States

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 19CR0946-BAS |
|---|---|
| Plaintiff, | |
| v. | UNITED STATES'S MOTION TO PROCEED BY PROFFER, AND TO WITHDRAW MOTION TO FILE UNDER SEAL |
| STEPHEN STEPANIUK, | |
| Defendant. | |

The plaintiff, United States of America, by and through its counsel, Robert S. Brewer, Jr., United States Attorney, and Valerie H. Chu, Assistant United States Attorney, hereby moves to proceed by proffer, and to withdraw motion to file under seal.

In its February 5, 2020 Motion for Bail Review (Dkt. No. 29), the United States proffered information provided by witnesses who had spoken with the Federal Bureau of Investigation.  In support, the United States cited Exhibits A through D, and, under separate cover, moved for permission to file those exhibits under seal, setting forth the reasons at footnote 2 of the main pleading.

At the hearing on February 10, 2020, the Court indicated that would not grant the motion to file those items under seal, but would consider allowing redactions on those documents before they were publicly filed.

At this time the United States moves instead to proceed by way of proffer in its Motion for Bail Review, and rely on the statements attributed to witnesses as set already forth in that pleading. A bail hearing does not involve the sort of evidentiary requirements that accompany a trial or even a hearing on an alleged violation of supervised release. The Federal Rules of Evidence do not apply in detention hearings. *See* 18 U.S.C. 3142(f)(2)(B) ("The rules concerning admissibility of evidence in criminal trials do not apply to the presentation and consideration of information at the hearing."). Moreover, "[t]he use of proffers and hearsay evidence are a necessary ingredient to the effective working of the Bail Reform Act, and prevention of a mini trial, or an early discovery expedition[,] further facilitates those goals." United States v. Shaw, Case No. 14cr3550-JM, 2015 WL 224637, (S.D. Cal. Jan. 15, 2015) (*citing United States v. Cabrera-Ortigoza*, 196 F.R.D. 571, 575-76 (S.D. Cal. 2000).

As a corollary to this Motion, the United States moves to withdraw its Motion to File Exhibits A through D under seal.

DATED: March 4, 2020                    Respectfully submitted,

                                        ROBERT S. BREWER, JR.
                                        United States Attorney

                                        s/ Valerie H. Chu
                                        Valerie H. Chu
                                        Assistant U.S. Attorney