FILED
MAR - 6 2020
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 19CR0946-BAS |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| STEPHEN STEPANIUK, | |
| Defendant. | |

The United States' Motions to Proceed by Proffer and to Withdraw its Motion to File Exhibits A through D to its Motion for Bail Review Under Seal are granted.

IT SO ORDERED.

DATE: 3-5-2020

HONORABLE CYNTHIA A. BASHANT
United States District Judge